UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONILLA,

        Plaintiff,

   v.

WARDEN,

        Defendant.

Case No. 24-cv-03506-JSW

**ORDER OF DISMISSAL**

Petitioner, a California prisoner on death row, filed a document entitled "Regarding Order to Engage in Settlement Negotiations" in which he requests a new trial. As he filed it pro se, it was opened as a new case seeking federal habeas relief from his conviction and sentence. Petitioner has a pending petition for a writ of habeas corpus in which he challenges his state court judgment he challenges in the petition filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests, including the instant request, through counsel in that case. There is no need for petitioner to have more than one habeas case challenging the same state court judgment. Accordingly, the above-captioned petition is DISMISSED. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2024

_____
JEFFREY S. WHITE
United States District Judge